RECEIVED

SEP 11 2024

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE DISTRICT OF COLUMBIA CIRCUIT

**Shawndale Chilcoat and Donald Chilcoat, Petitioners,**

**v.**

**Judge Colleen Kollar-Kotelly, Respondent.**

**Case No.:**

**Emergency Petition for Writ of Prohibition**

# THE UNITED STATES COURT OF APPEALS

# FOR THE DISTRICT OF COLUMBIA CIRCUIT

**Shawndale Chilcoat and Donald Chilcoat, Petitioners,**

v.

**Judge Colleen Kollar-Kotelly, Respondent.**

**Case No.:**

## EMERGENCY PETITION FOR WRIT OF PROHIBITION

Petitioners, Shawndale Chilcoat and Donald Chilcoat, acting pro se, respectfully submit this Emergency Petition for a Writ of Prohibition directed against Judge Colleen Kollar-Kotelly of the U.S. District Court for the District of Columbia, to prevent further unlawful actions, overreach of her jurisdiction, and the unconstitutional progression to trial on October 4, 2024, as set forth below.

## I. EMERGENCY NATURE OF THIS PETITION

The trial date has been set for October 4, 2024, and there is a September 12, 2024 in-person hearing, where the Petitioners fear their case may be sealed, despite the Department of Justice's failure to provide any discovery over the past two years and without Petitioners signing any Protective Orders. Petitioners have not received any valid service of documents, which directly impacts the court's jurisdiction over them. The imminent trial poses an extreme violation of due process rights and create urgent need for judicial intervention to prevent irreparable harm to

Petitioners' constitutional rights. Immediate action is requested to prevent the commencement of a trial that lacks proper legal foundation and violates established procedural norms.

## I. INTRODUCTION

This petition arises from serious procedural violations and jurisdictional overreach by Judge Colleen Kollar-Kotelly in her handling of the criminal case against Petitioners. Judge Kollar-Kotelly has exceeded her authority by presiding over this case without the Department of Justice (DOJ) properly serving Petitioners, thus violating due process principles clearly established by the Fifth and Fourteenth Amendments. These procedural lapses have created a substantial prejudice against the Petitioners, infringing on their constitutional right to receive proper notice and be heard in a court of law., and without observing the basic requirements for issuing valid warrants and court orders. Despite these procedural failures, Judge Kollar-Kotelly has set a trial date for October 4, 2024, further compounding these violations.

- **Groh v. Ramirez, 540 U.S. 551 (2004)**: "In **Groh v. Ramirez**, the Supreme Court ruled that warrants lacking essential details, such as signatures or stamps, are invalid under the Fourth Amendment."

- **Franks v. Delaware, 438 U.S. 154 (1978)**: "In **Franks v. Delaware**, the Supreme Court confirmed that procedural defects in warrants can lead to constitutional violations of due process."

- **United States v. Leon, 468 U.S. 897 (1984)**: "As held in **United States v. Leon**, while the good faith exception may sometimes apply, significant procedural defects render such exceptions inapplicable."

On December 9, 2022, Petitioners challenged the court's jurisdiction. The DOJ was given 21 days to prove jurisdiction in writing and on the record, but failed to do so. Nonetheless, on January 11, 2023, Judge Kollar-Kotelly claimed jurisdiction by issuing an order that violated **Ohio Rule of Civil Procedure 4.3**, sending an uncertified, unsigned order across state lines to Ohio via FedEx, left at Petitioners' door without any certification or court seals.

**Additionally**, Petitioners note that **improper stamping** of documents by a Clerk of Court from **Northern District of Ohio** has further compounded the procedural deficiencies. A Clerk of Court from one jurisdiction lacks the authority to stamp or authenticate documents issued by a judge or magistrate from another jurisdiction, such as **Washington D.C.** This is not just a clerical error, but a fundamental violation of jurisdictional boundaries, calling into question the legitimacy of the documents that form the basis of this case.

III. JURISDICTION OF THE COURT

This Court has jurisdiction to issue a writ of prohibition under **the All Writs Act, 28 U.S.C. § 1651(a),** to prevent a lower court from acting beyond its jurisdiction. The writ of prohibition is an extraordinary remedy to stop a court from exercising powers it does not lawfully possess. Given the impending **in person hearing on September 12, 2024** and the impending trial date and lack of proper jurisdiction, immediate intervention is necessary to prevent irreparable harm to Petitioners..

**IV. BACKGROUND**

**A. Improper Service by the Department of Justice**

Petitioners have never been properly served any documents by the DOJ, certified or uncertified, which is a fundamental requirement for the court to claim jurisdiction. The DOJ has failed to meet the service requirements under Federal Rule of Criminal Procedure 4(c) and Ohio Rule of Civil Procedure 4.3, which mandate that legal documents be served in a certified, verifiable manner to establish jurisdiction. Petitioners have not received any certified or official documents as required by these rules.

As ruled in **Mullane v. Central Hanover Bank & Trust Co., 339 U.S. 306 (1950)**, proper service is necessary to satisfy the requirements of due process. The failure to provide proper notice to the petitioners directly violates this principle. Additionally, the Supreme Court in **Greene v. Lindsey, 456 U.S. 444 (1982)**, emphasized that adequate notice through proper service is fundamental to protecting due process rights.

Petitioners received their indictments via email by Petitioners' former attorneys, Maria Jacob and Steven Kiersh, in violation of the **Federal Rules of Criminal Procedure** or Ohio's service requirements.

- **Exhibit A**: Emails from attorneys proving indictments were sent via email.
- **Exhibit B**: Unnamed, unsigned, unstamped or sealed Indictment for Shawndale and Donald Chilcoat (September 9, 2022).

### B. Judicial Overreach on December 9, 2022

On December 9, 2022, Petitioners formally challenged the court's jurisdiction. The DOJ was granted 21 days to provide proof of proper service and jurisdiction but failed to do so. Despite the lack of any proof from the DOJ, on January 11, 2023, Judge Kollar-Kotelly improperly

claimed jurisdiction, which violates the precedent set in **Hernandez v. Texas, 347 U.S. 475 (1954)**. In **Hernandez**, the Supreme Court ruled that courts must not overreach their jurisdiction, especially when proper procedural safeguards like service are absent.

Judge Kollar-Kotelly then issued an order that was sent across state lines to Petitioners in Ohio. This violated Ohio Rule of Civil Procedure 4.3 and was left at Petitioners' door via FedEx, without certification, stamps, court seals, or signatures. This further violated 28 U.S.C. § 1691 and Rule 58(b) of the Federal Rules of Civil Procedure (See Exhibit N January 11, 2023, decision).

- **Exhibit C**: January 11, 2023, order asserting jurisdiction, sent via FedEx uncertified, envelope included.
- **Exhibit D**: Bulk orders sent via FedEx uncertified and FedEx envelopes showing improper mailing, (I did not print these due to the overwhelming amount of printing supplies and shipping it would create, see included thumb drive).

**C. Fraudulent Warrants and Defective Orders**

Petitioners were arrested under warrants that were improperly issued by Judge Colleen Kollar-Kotelly and Magistrate Robin Meriweather. These warrants contained numerous defects, including the misspelling of Judge Kollar-Kotelly's name and the absence of proper court seals. As established in **Groh v. Ramirez, 540 U.S. 551 (2004)**, the Supreme Court ruled that warrants missing essential details, such as signatures or seals, violate the Fourth Amendment. Similarly, the ruling in **Franks v. Delaware, 438 U.S. 154 (1978)** supports Petitioners' position that procedural defects invalidate warrants and violate due process rights.

Additionally, **United States v. Leon, 468 U.S. 897 (1984)**, though introducing the good faith exception, still maintains that significant defects in the issuance of warrants render the warrants invalid, even when law enforcement acts in good faith. These defects, present in the warrants issued against Petitioners, violate **Groh v. Ramirez** and the Fourth Amendment, thus rendering the warrants invalid.

**Exhibit E: Arrest Warrant for Shawndale Chilcoat (August 11, 2022)**

- **Defects**:
  - **Improperly stamped**: The warrant was **stamped by the Toledo Clerk on August 12, 2022**, a day after the **arrest on August 11, 2022**. This creates a significant **procedural issue** regarding whether the warrant was fully processed at the time of the arrest.
- **Violations**:
  - **Federal Rules of Criminal Procedure**:
    - **Rule 4(b)**: Requires that the warrant be fully processed (signed and stamped) before the arrest occurs.
  - **D.C. Code § 23-561(a)**: Warrants must be properly signed, processed, and filed before execution.
  - **Ohio Rev. Code § 2935.03**: Requires arrest warrants to be stamped and filed before execution in Ohio.
  - **Constitutional Violations**:

- **Fourth Amendment**: An improperly processed warrant at the time of arrest could violate the Fourth Amendment's protection against **unreasonable seizures**.

- **Supporting Case Law**:
  - **Franks v. Delaware, 438 U.S. 154 (1978)**: Procedural defects in warrants can lead to challenges based on **due process**.
  - **United States v. Leon, 468 U.S. 897 (1984)**: Even under the **good faith exception**, procedural issues like an improperly stamped warrant could invalidate the arrest.
  - Groh v. Ramirez, 540 U.S. 551 (2004): "This warrant, lacking a clerk's stamp, violates the Fourth Amendment as outlined in Groh v. Ramirez, which mandates warrants to be fully completed and properly executed."
  - Coolidge v. New Hampshire, 403 U.S. 443 (1971): "In Coolidge v. New Hampshire, the Supreme Court held that warrants must be properly issued and signed by a neutral magistrate to be valid."

**Exhibit F: Arrest Warrant for Donald Chilcoat (August 11, 2022)**

- **Defects**:
  - **Unstamped by any clerk**: The warrant lacks a **clerk's stamp**, which is crucial to verifying its **official filing** and processing.
- **Violations**:
  - **Federal Rules of Criminal Procedure**:

- **Rule 4(b)**: Arrest warrants must be processed and stamped before execution. A missing stamp calls into question the warrant's validity at the time of arrest.
    - **D.C. Code § 23-561(a)**: Requires the warrant to be filed and processed before it can be executed.
    - **Ohio Rev. Code § 2935.03**: Ohio law mandates that arrest warrants be **stamped** and filed to ensure they are valid.
    - **Constitutional Violations**:
        - **Fourth Amendment**: A missing stamp could make the warrant **invalid**, as it would not be properly filed before the arrest, raising concerns under the Fourth Amendment.
- **Supporting Case Law:**
    - **Groh v. Ramirez, 540 U.S. 551 (2004)**: Holds that a warrant missing essential details (like a clerk's stamp) is invalid under the Fourth Amendment.

**Exhibit F-1: Electronics Warrant issued by Toledo Ohio Magistrate Darrell A. Clay (August 9, 2022)**

- **Defects**:
    - **Issued one day before the D.C. Magistrate's warrant**: This warrant was issued on **August 9, 2022**, one day before D.C. Magistrate Robin Meriweather issued the arrest warrant for **August 10, 2022**, raising **jurisdictional concerns**.
    - The **D.C. arrest warrant was left unstamped**, adding to the procedural complexity.

- **Violations**:
  - **Federal Rules of Criminal Procedure**:
    - **Rule 41(e)(2)(A)**: Warrants must include the **time and date of issuance** and be properly docketed.
  - **Ohio Rules of Criminal Procedure**:
    - **Rule 41(C)**: Requires warrants to be time-stamped and docketed.
  - **Constitutional Violations**:
    - **Fourth Amendment**: The lack of a **stamp** and **time/date details** makes the warrant procedurally defective under the Fourth Amendment.
  - **Supporting Case Law:**
    - **Coolidge v. New Hampshire, 403 U.S. 443 (1971): "In Coolidge v. New Hampshire, the Supreme Court ruled that warrants must be timely and issued in proper sequence by a neutral magistrate, thus calling into question the timing of this warrant."**

**Exhibit F-2: Firearms Warrant issued by Toledo Ohio Magistrate Darrell A. Clay (August 11, 2022)**

- **Defects**:
  - **Timing Concern**: The warrant was issued on the same day as the arrest, which raises concerns about the coordination between different jurisdictions (Toledo, Ohio, and D.C.).

- o **Missing Proper Stamps**: Similar to the electronics warrant, this warrant also lacks proper stamps and time/date details, leading to questions regarding its validity.

- **Violations**:
  - o **Federal Rules of Criminal Procedure**:
    - **Rule 41(d)**: Warrants must be served promptly, and there must be clear documentation of their issuance and execution.
  - o **Ohio Rules of Criminal Procedure**:
    - **Rule 41(C)**: Requires warrants to include detailed time stamps and must be filed and docketed accordingly.

- **Constitutional Violations**:
  - o **Fourth Amendment**: The absence of proper procedural steps, including missing signatures and stamps, could make the search and seizure unreasonable, in violation of Fourth Amendment protections.

- **Supporting Case Law**:
  - o **Groh v. Ramirez, 540 U.S. 551 (2004)**: This case emphasizes that even minor procedural defects, such as the absence of proper warrants or insufficient detailing of warrants, can invalidate a search or seizure under the Fourth Amendment.

**Exhibit G: Failure to Appear Arrest Warrant for Donald Chilcoat (October 11, 2023)**

- **Defects**:

- o **Late stamping**: The warrant was stamped after issuance, which may suggest that the warrant was not fully processed when it was executed.
- o **Misspelling of Judge Kollar-Kotelly's name**: The warrant misspells **Judge Colleen Kollar-Kotelly's name** as "Kollas-Kotelly," undermining its accuracy.

- **Violations**:
  - o **Federal Rules of Criminal Procedure**:
    - ▪ **Rule 4(b)(1)(D)**: Arrest warrants must clearly and accurately identify the magistrate or judge issuing them. A **misspelling of the judge's name** could challenge the warrant's validity.
  - o **D.C. Code § 23-561**: Requires arrest warrants to properly identify the issuing judge.
  - o **Constitutional Violations**:
    - ▪ **Fourth Amendment**: **Clerical errors** such as misspelled names raise doubts about the validity of the warrant, potentially violating the Fourth Amendment.

- **Supporting Case Law**:
  - o **Groh v. Ramirez, 540 U.S. 551 (2004)**: "As in Groh v. Ramirez, the failure to properly issue and execute this warrant, including the misspelling of the judge's name, makes it constitutionally defective."

**Exhibit H: DNA Warrant for Donald Chilcoat (October 11, 2023)**

- **Defects**:

- o **Caller's name not listed**: The warrant does not list the **caller's name**, a required detail for **telephonic warrants**.
- o **No proper clerk's stamp**: The absence of a **clerk's stamp** makes the warrant incomplete and raises questions about whether it was properly processed.

- **Violations**:
  - o **Federal Rule 41(d)(3)**: For telephonic warrants, the **requesting party** must be identified, and the warrant must include **time and date of issuance**.
  - o **Constitutional Violations**:
    - ▪ **Fourth Amendment**: The lack of key information, such as the requestor's identity and proper processing details (stamp), renders the warrant defective and potentially unconstitutional.

- **Supporting Case Law**:
  - o **United States v. Leon, 468 U.S. 897 (1984)**: Discusses the **good faith exception**, but major procedural defects such as missing the caller's name or clerk's stamp could invalidate the warrant.

## 3. The Court Seal: The Imprint of Authority

The **court seal** is an official emblem, marking the document as having been issued by a legitimate legal authority. It is akin to a **stamp of authenticity**. Without the seal, the document does not have the authority of the court—it could be created by **anyone**, anywhere.

Imagine a world where documents don't need seals. **Anyone** could create a fake court order, arrest warrant, or judicial decision. The seal is the **security measure** that tells everyone—from law enforcement to ordinary citizens—that the document is official, valid, and issued by the

authority of the court. Without the seal, **no one can trust** that the document comes from a legitimate source.

### 4. The Clerk of Court Stamp: Finality and Entry into the Record

The **Clerk of Court stamp** is equally important because it marks the document as being officially entered into the court's **permanent record**. Without this stamp, the document remains **preliminary**, unfinished, and unenforceable. The stamp serves as the court's final acknowledgment that the document is legitimate and part of the official judicial process.

Without the Clerk's stamp, the document hasn't been properly processed or reviewed. It is incomplete. Imagine if law enforcement acted on warrants or orders that lacked this stamp— **innocent people could be arrested** or placed under supervision based on documents that were never properly issued. The stamp ensures that only documents that meet all procedural requirements are acted upon.

### 5. The Ramifications of Ignoring These Procedures

If courts or legal authorities could issue documents without signatures, seals, or stamps, the entire legal system would collapse into chaos. It would:

- **Undermine Trust in the Legal System:** People would lose faith in the legitimacy of any legal document. If there is no way to verify that a document is official, **no one would trust** that any legal action taken against them is valid.

- **Open the Door to Forgery and Abuse:** Without these safeguards, the system is vulnerable to **fraud**. Forged documents could easily be passed off as legitimate, leading to wrongful arrests, wrongful seizures of property, and countless other injustices.

- **Remove Accountability:** The legal system is built on **accountability**. When a judge or court official signs a document, stamps it with the seal, and files it with the Clerk's stamp, they are taking responsibility for its contents. Without these steps, **no one can be held accountable** when things go wrong. People could be subjected to unjust legal consequences with no way to challenge the validity of the documents being used against them.

- **Destabilize the Rule of Law:** The entire concept of the **rule of law** depends on following these procedural steps. These rules exist to protect individuals from **arbitrary power**. If officials could bypass signatures, seals, and stamps, they could **act without restraint**, and the protections provided by the law would disappear.

What gives a legal document its power is **not the paper it's printed on** but the **procedural safeguards** that confirm its legitimacy. The **signature** provides accountability. The **printed name** offers clarity. The **court seal** shows it comes from a valid authority. The **Clerk of Court's stamp** indicates it is officially part of the judicial record.

Without these elements, a legal document is no more valid than a random piece of paper anyone could print. These procedural steps ensure that the document has real power—power that can affect a person's life, liberty, and property. Ignoring these steps or treating them as unimportant leads to **chaos**, **fraud**, and the erosion of **justice**.

This is why it is absolutely essential that every legal document follow these procedures—because without them, the entire system falls apart.

Petitioners argue that this is **exactly what has happened to them**. The warrants and documents in their case lack proper signatures, court seals, and Clerk of Court stamps, yet these **invalid documents** were used to justify **FBI raids, ankle monitors**, and **months of imprisonment**. Petitioners have been subjected to extreme measures based on documents that do not meet the legal standards required to give them **force or authority**. These incomplete and improperly executed documents have been treated as legitimate despite being **procedurally defective**, and this systemic failure is now being used to push forward with a trial that lacks any proper legal foundation.

This demonstrates the **danger** of bypassing the necessary procedural steps—steps that protect individuals from **arbitrary power** and ensure that legal actions are taken only when proper legal authority exists. **Without these safeguards**, there is no accountability, and the rule of law is replaced by **unchecked authority** acting on defective documentation.

Petitioners are living proof that **procedural failures** can have **severe real-life consequences**, as they have been forced to endure unlawful actions supported by nothing more than **invalid paperwork**.

**Conclusion**

Each document contains significant procedural defects, including missing stamps, incorrect names, and improper signatures. As ruled in **Franks v. Delaware, 438 U.S. 154 (1978)**, the Supreme Court emphasized that significant procedural defects, such as those in this case, can

invalidate the government's actions. Furthermore, even under the **good faith exception** outlined in **United States v. Leon, 468 U.S. 897 (1984)**, procedural defects of this magnitude are too significant to be ignored, as they undermine the validity of the documents.

- **Warrants lack time stamps, docket numbers, and other required details**.
- **Clerical errors**, like misspelled names, further undermine the legitimacy of the documents.
- The **indictment is unsigned, unstamped, and unnamed**, which raises serious concerns about its authenticity.

Furthermore, many of the court documents involved, including **orders** and **release conditions**, are missing critical elements such as **time and date stamps**. These omissions signify that these documents are **preliminary in nature** and, without such stamps, lack the necessary legal finality. For example, an **Order Setting Conditions of Release** without a **docket filing number** or **time and date stamp** is **preliminary, incomplete, and invalid** until properly stamped by the Clerk of Court. Such defects mean the document is not officially entered into the court's records, further stripping it of any legal enforceability.

The pervasive lack of **signatures**, **printed names**, **court seals**, and **proper Clerk of Court stamps** on **every single document** involved in this case undermines their legal legitimacy. **This, coupled with the DOJ never establishing jurisdiction by way of proper service—or any service for that matter—is very peculiar.**

What makes this even more alarming is that these defective, unofficial documents have been used to justify **extensive pretrial monitoring**, including ankle monitors, home visits by **Pretrial**

**Services**, and monthly urine tests. This raises serious concerns about how two courts in different jurisdictions—**Washington, D.C.** and **Toledo, Ohio**—with the same procedural defects, have allowed such actions to be taken based on incomplete, unenforceable documents. **Pretrial Services in Toledo, Washington D.C., and Cleveland** have all enforced conditions that rely on these defective documents, further questioning how they have carried any force or power within the legal system.

2. Printed Name Under the Signature: Clarity and Authentication

The printed name below a signature provides **clarity and authentication**. It ensures that anyone reading the document knows who has authorized it. Often, signatures can be hard to read, and the printed name clarifies which official, judge, or authorized person has signed off. Without the printed name, a signature could be easily misinterpreted or overlooked.

Without this printed name, it becomes nearly impossible to trace **who is responsible** for the document. A lack of a name severs the line of responsibility, leaving the document floating in a legal gray zone where no one can be held accountable.

## V. SUMMARY OF PETITIONERS' EXPERIENCE

**Petitioners' Statement Regarding January 6th, 2021**

We, Shawndale and Donald Chilcoat, wish to explain the events of January 6th, 2021, from our perspective. On that day, we believed we were helping our country, not harming it. We went to Washington, D.C., to listen to the President of the United

States speak, with no intent to commit any unlawful acts. We were not violent, we harmed no one, and we have not been accused of doing so.

The President spoke about concerns regarding election integrity and encouraged us to go to the Capitol to urge Congress to investigate potential election fraud. We went in the belief that we were standing in solidarity with our government, not against it.

At the time, concerns about election fraud were widespread, and we felt our voices were being ignored. We did not seek to overturn anything but to request a proper investigation. We believed the President, as the highest representative of our government, was guiding us to exercise our First Amendment right to petition for redress of grievances.

We did not know about the breach of the Capitol when we left the President's speech. We had no Internet access to monitor events. Our arrival was peaceful, and we cannot speak for those who entered before us. We caused no harm and were not responsible for anyone else's actions.

We have provided videos that show we did not act with malicious intent. When we entered the chamber, we genuinely believed officials were still present. Our intent was to express our concerns in a peaceful manner.

Despite this, we have faced extraordinary and unjust treatment. The charge under 18 U.S.C. § 1512(c)(2) is being used to coerce us into a plea deal, despite the Supreme Court's recent ruling clarifying its application. The government continues to impose a protection order on this case, which we have never signed, further restricting our ability to defend ourselves.

The government seems to be withholding or falsifying evidence, leading to extreme measures such as SWAT raids, ankle monitors, and wrongful imprisonment. This entire ordeal has been built on unfounded claims and unsupported accusations. We should not be treated as criminals for exercising what we believed were our constitutional rights.

We have fired several attorneys who failed to act in our best interests, instead pushing us toward plea deals without filing motions to protect us. These attorneys did not inform us of critical facts, such as the existence of a protection order, which we only recently learned about. When we tried to file motions on our own, the court ignored them, leaving us without proper legal representation while the government continues to advance its case against us.

We rely on the Constitution to defend ourselves and expect the government to follow the same rules it expects us to follow. We are not rejecting our rights; we are upholding them.

Our lives have been turned upside down. Our home has been raided twice, we have drained our savings, and our children have suffered the public humiliation of our arrest. We are two non-violent grandparents being treated like criminals. We ask the court for mercy and understanding as we continue to rely on the Constitution to seek justice.

### VI. NO OTHER REMEDY FOR RELIEF

In this Writ of Prohibition, there is no other adequate remedy because the harm and deprivation of rights that Petitioners Shawndale and Donald Chilcoat have experienced, and will continue to experience, cannot be rectified by any post-trial appeal or remedy. Petitioners have been subjected to unconstitutional home detention and ankle monitoring since August 2022 and have already suffered severe financial losses and emotional distress, including the loss of Donald's well-paying union job after his initial arrest. Although Donald eventually regained his employment after a year and a half, this was solely due to his union's intervention, and there ino guarantee this would happen again, especially considering his wrongful labeling as an insider threat by the FBI and the government.

Additionally, Petitioners were incarcerated for 99 days after their extradition without valid warrants, which caused Donald to lose yet another job. This prolonged financial and emotional

strain has taken an irreversible toll on the family, and the ongoing burden of traveling back and forth from Ohio to Washington, D.C., has exacerbated this toll. Petitioners are also responsible for two children at home, and their potential incarceration would leave these children without caregivers, causing further irreparable harm.

Moreover, the assigned judge in this case has a well-documented track record of incarcerating individuals immediately after trial, which would eliminate any meaningful opportunity to file an appeal before irreparable harm occurs. Given the judge's history of denying due process and Petitioners' inability to challenge these procedural defects, the Writ of Prohibition is the only effective and immediate remedy available to prevent further unconstitutional actions and the severe harm that would follow any delay.

This Court must intervene now because waiting until after trial for an appeal would result in severe and irreparable consequences, both legally and personally, for Petitioners and their family.

## VII. Relevance of the Northwest Ordinance, Treaty of Paris, and Treaty of Greenville
### A. The Northwest Ordinance of 1787

The Northwest Ordinance of 1787 was a crucial legislative act passed by the Continental Congress that established the legal and political framework for the governance of the Northwest Territory, which includes modern-day Ohio. It laid down the principles of civil liberties and governance, including the protection of habeas corpus and the right to a trial by jury, thus ensuring specific protections for the inhabitants of the territory.

The U.S. Constitution's **Supremacy Clause (Article VI, Clause 2)** designates treaties as the "supreme law of the land," making them binding on both states and governmental authorities. The **Northwest Ordinance** is recognized as binding and constitutional by both the **U.S. Supreme Court** and the **Ohio Supreme Court**, making its provisions enforceable today.

Specifically, **Article 2** of the Northwest Ordinance guarantees:

*"The inhabitants of said territory shall always be entitled to the benefits of habeas corpus, and of the trial by jury; of a proportionate representation of the people in the legislature, and of judicial proceedings according to the course of the common law."*

In this case, the **defective warrants**, **defective court orders**, **lack of proper service**, and the **failure to provide a fair trial** directly violate the fundamental rights granted under the **Northwest Ordinance**. The Petitioners, Shawndale and Donald Chilcoat, invoke their right to habeas corpus in this emergency writ, as the ongoing detention and legal actions are contrary to the principles guaranteed in the Ordinance.

Furthermore, the **U.S. Supreme Court** and **Ohio Supreme Court** have consistently upheld the constitutionality of the Northwest Ordinance, making its provisions the supreme law. The actions of **Judge Kollar-Kotelly**, particularly in issuing defective orders and allowing procedural errors, are in direct violation of these constitutional

guarantees.

## B. Treaty of Paris (1783)

The **Treaty of Paris**, signed in 1783, officially ended the Revolutionary War and established the United States' sovereignty. This treaty also ensured that citizens' rights, including property rights and individual liberties, would be respected under both domestic and international law.

**Article 6** of the Treaty of Paris states:

*"There shall be no lawful impediment to citizens' enjoyment of their rights and property."*

The issuance of **defective warrants** and **defective court orders,** which has led to the unlawful detention of the Petitioners, undermines these fundamental protections. The **arbitrary legal processes** enacted against the Petitioners, including improper service and detention without due process, violate the obligations established by the United States under this treaty. This not only violates domestic laws but also contravenes international agreements, further supporting the Petitioners' demand for relief.

## C. Treaty of Greenville (1795)

The **Treaty of Greenville** was signed in 1795 between the United States and various

Native American tribes, bringing peace to the Northwest Territory (which includes Ohio) and establishing lawful governance in the region. This treaty, in effect, shaped the framework for lawful conduct and protection for all individuals within the territory.

**Article 5** of the Treaty of Greenville emphasizes:

*"The importance of peace and lawful governance, ensuring that citizens would not be subject to arbitrary rule or unlawful government actions."*

The **defective legal processes** against the Petitioners, including improper service, jurisdictional overreach, and a failure to follow lawful procedures, clearly violate the principles of lawful governance emphasized by the **Treaty of Greenville**. By failing to provide proper judicial oversight and following arbitrary processes, the actions taken against the Petitioners run counter to the lawful governance requirements of this treaty.

**Conclusion on Treaty Violations**

The defective warrants, unlawful detentions, and failure to adhere to proper legal procedures violate not only the **U.S. Constitution** but also the rights guaranteed under foundational legal documents like the **Northwest Ordinance**, the **Treaty of Paris**, and the **Treaty of Greenville**. These treaties and ordinances form the legal

framework that governs the Petitioners' rights within Ohio, and their violation underscores the severity of the constitutional abuses committed against the Petitioners.

## D. Conclusion on Treaty Violations

The defective warrants, unlawful detentions, and failure to follow proper legal procedures not only violate the U.S. Constitution but also breach the rights guaranteed under foundational documents like the Northwest Ordinance, the Treaty of Paris, and the Treaty of Greenville. These treaties and ordinances form the bedrock of governance in Ohio and the broader United States, and their violation underscores the severity of the constitutional abuses faced by the Petitioners.

## VIII. PRAYER FOR RELIEF

WHEREFORE, Petitioners, Shawndale Chilcoat and Donald Chilcoat, respectfully request that this Honorable Court:

1. **Issue a Writ of Prohibition** directed at Judge Colleen Kollar-Kotelly, enjoining her from proceeding further in the criminal case against Petitioners until the jurisdictional issues, procedural defects, and constitutional violations have been fully adjudicated.

2. **Vacate all orders and warrants** issued in this case that lack proper signatures, stamps, or seals, including but not limited to, the arrest warrants, DNA warrants, and any

protective orders or conditions imposed on the Petitioners without their consent.

3. **Declare the ongoing prosecution invalid** and in violation of Petitioners' constitutional rights due to improper service, procedural defects, and lack of jurisdiction, and order the dismissal of all charges against the Petitioners.

4. **Order the immediate production and review of all discovery,** including any evidence withheld under the guise of the invalid protective order, and ensure that Petitioners have access to all exculpatory materials.

5. **Stay the September 12, 2024, in-person hearing and the October 4, 2024 trial date** until such time as Petitioners' due process rights have been restored, and all procedural and jurisdictional defects have been corrected.

6. **Grant any further relief** that this Court deems just and proper in order to prevent further irreparable harm to Petitioners' constitutional rights.

Respectfully Submitted,

September 9, 2024

*Shawndale Chilcoat*

**Shawndale Chilcoat**
3528 Bunker Hill Rd.
Celina, OH 45822
shawnchil04@gmail.com

*Donald Chilcoat*

**Donald Chilcoat**
3528 Bunker Hill Rd.
Celina, OH 45822
don2chilcoat@gmail.com

**Exhibit List (Thumb Drive Included)**

1. **Exhibit A:**
   - o **Title:** Emails from Attorneys Maria Jacob and Steven Kiersh
   - o **Details:** Emails proving that indictments were improperly sent via email, contrary to Federal Rules of Criminal Procedure and Ohio's service requirements.

2. **Exhibit B:**
   - o **Title:** Unnamed, Unsigned, Unstamped, Unsealed Indictment for Shawndale and Donald Chilcoat
   - o **Date:** September 9, 2022
   - o **Details:** The indictment lacks proper seals, stamps, and signatures, raising concerns about its validity.

3. **Exhibit C:**
   - o **Title:** Order Asserting Jurisdiction
   - o **Date:** January 11, 2023
   - o **Details:** Uncertified, unstamped, and unsigned order sent via FedEx across state lines in violation of Ohio Rule 4.3.

4. **Exhibit D:**
   - o **Title:** Arrest Warrant for Failure to Appear
   - o **Date:** October 11, 2023

- **Details:** Arrest warrant with misspelled name of Judge Kollar-Kotelly, issued without proper stamps or seals.

5. **Exhibit E:**
   - **Title:** August 11, 2022 Arrest Warrant for Shawndale Chilcoat
   - **Details:** Improperly stamped warrant, raising questions about its validity under Ohio law.

6. **Exhibit F-1:**
   - **Title:** August 11, 2022 Search and Seize Electronics Warrant
   - **Details:** Issued before D.C. Magistrate's warrant, lacking proper time and date details, creating jurisdictional concerns.

7. **Exhibit G:**
   - **Title:** January 18, 2024 Release Order for Donald Chilcoat
   - **Details:** Release order missing the required court seal, indicating it wasn't properly processed.

8. **Exhibit H:**
   - **Title:** Appearance Bond for Shawndale Chilcoat
   - **Details:** Unsealed, unstamped bond document, missing the essential court seal for legitimacy.

9. **Exhibit I:**

# United States Court of Appeals

**District of Columbia Circuit**

**Shawndale Chilcoat and Donald Chilcoat,**
Petitioners,
v.
**United States of America,**
Respondent.

**Case No.: 22-cr-299 or 1:22-00299  USA v. Chilcoat et al**

---

## Certificate of Service

We, Shawndale Chilcoat and Donald Chilcoat, hereby certify that on **September 10, 2024,** we

served copies of the following documents:

- **Writ of Prohibition**
- **Exhibit List**

These documents were served via **U.S. Mail** and addressed to the following:

1. **Clerk of Court**

   United States Court of Appeals for the District of Columbia Circuit

   333 Constitution Avenue NW

   Washington, D.C. 20001

2. **U.S. Department of Justice**

   950 Pennsylvania Avenue NW

   Washington, D.C. 20530-0001

3. **Judge Colleen Kollar-Kotelly**

   United States District Court

E. Barrett Prettyman U.S. Courthouse

333 Constitution Avenue NW

Washington, D.C. 20001

I declare under penalty of perjury that the foregoing is true and correct.

**Dated**: September 10, 2024

**Respectfully Submitted**,

*Shawndale Chilcoat*

**Shawndale Chilcoat**

*Donald Chilcoat*

**Donald Chilcoat**

3528 Bunker Hill Rd.
Celina, Ohio 45822
567-644-3313 (Shawndale)
429-953-2242 (Donald)
shawnchil04@gmail.com
don2chilcoat@gmail.com

# IN THE UNITED STATES COURT OF APPEALS FOR THE

# DISTRICT OF COLUMBIA CIRCUIT

**Shawndale Chilcoat and Donald Chilcoat, Petitioners,**

v.

**Judge Colleen Kollar-Kotelly, Respondent.**

**Case No.:**

## CERTIFICATE OF SERVICE

We, **Shawndale Chilcoat and Donald Chilcoat**, hereby certify that on **September 9, 2024**, we served a true and correct copy of the **Emergency Petition for Writ of Prohibition**, along with any accompanying exhibits, by **certified mail**, upon the following parties:

1.  **U.S. Court of Appeals for the D.C. Circuit**

    333 Constitution Avenue NW

    Washington, D.C. 20001-2866

2.  **U.S. Department of Justice**

    950 Pennsylvania Avenue NW

    Washington, D.C. 20530-0001

3.  **Judge Colleen Kollar-Kotelly**

    U.S. District Court for the District of Columbia

    333 Constitution Avenue NW

    Washington, D.C. 20001

We declare under penalty of perjury that the foregoing is true and correct.

**September 9, 2024**

_____

**Shawndale Chilcoat**
3528 Bunker Hill Rd.
Celina, OH 45822
shawnchil04@gmail.com

_____

**Donald Chilcoat**
3528 Bunker Hill Rd.
Celina, OH 45822
don2chilcoat@gmail.com

**ATTORNYES HAVE REPEATEDLY STATED THE DOCKET FILING NUMBER MAKES THIS AN OFFICIAL CERTIFIED DOCUMENT**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 18, 2022

**NO STAMP, NO SEAL**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 22-MJ-179 |
| | : | |
| SHAWNDALE CHILCOAT and | : | VIOLATIONS: |
| DONALD CHILCOAT, | : | 18 U.S.C. §§ 1512(c)(2) and 2 |
| | : | (Obstruction of an Official |
| | : | Proceeding and Aiding and Abetting) |
| | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| Defendants. | : | **18 U.S.C. § 1752(a)(2)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **in Restricted Building or Grounds)** |
| | : | 40 U.S.C. § 5104(e)(2)(A) |
| | : | **(Entering and Remaining on the Floor** |
| | : | **of Congress)** |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | **(Disorderly Conduct on Capitol Grounds** |
| | : | **and in any of the Capitol Buildings)** |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | **(Parade, Demonstrate, or Picket in any of** |
| | : | **of the Capitol Buildings)** |

**Exhibit B: Defective Indictment**

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia and elsewhere, **SHAWNDALE CHILCOAT and DONALD CHILCOAT** attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress,

specifically, Congress's certification of the Electoral College vote as set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15-18.

**(Obstruction of an Official Proceeding and Aiding and Abetting,** in violation of Title 18, United States Code, Sections 1512(c)(2) and 2)

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, **SHAWNDALE CHILCOAT and DONALD CHILCOAT** did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so.

**(Entering and Remaining in a Restricted Building or Grounds,** in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, **SHAWNDALE CHILCOAT and DONALD CHILCOAT** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

**(Disorderly and Disruptive Conduct in a Restricted Building or Grounds,** in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT FOUR

On or about January 6, 2021, within the District of Columbia, **SHAWNDALE CHILCOAT and DONALD CHILCOAT** willfully and knowingly entered and remained on the floor of either House of Congress, without authorization to do so.

> **(Entering and Remaining on the Floor of Congress,** in violation of Title 40, United States Code, Section 5104(e)(2)(A))

## COUNT FIVE

On or about January 6, 2021, within the District of Columbia, **SHAWNDALE CHILCOAT and DONALD CHILCOAT** willfully and knowingly engaged in disorderly and disruptive conduct within the United States Capitol Grounds and in any of the Capitol Building; with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

> **(Disorderly Conduct on Capitol Grounds and in any of the Capitol Buildings,** in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT SIX

On or about January 6, 2021, within the District of Columbia, **SHAWNDALE CHILCOAT and DONALD CHILCOAT** willfully and knowingly paraded, demonstrated, and picketed in any Unitt:u Statt:s Capitol Builuiug.

**(Parading, Demonstrating, or Picketing in any of the Capitol Buildings,** in violation of Title 40, United States Code, Section 5104(e)(2)(G))

**WE HAVE NO IDEA WHAT THAT STAMP PRINT IS BUT IT IS NOT A NAME OF ANYONE OR A SIGNATURE.**

A TRUE BILL:

FOREPERSON.

**NO PRINTED NAME, NO SIGNATURE**

Attorney of the United States in
and for the District of Columbia.

**THIS IS NOT A SIGNATURE OF ANYONE, NOT EVEN A PRINTED NAME, YET WE ARE DENIED THE GRAND JURY TRANSCRIPTS**

4

# FORTHWITH

AO 442 (Rev 01/09) Arrest Warrant

11458799

**DC JUDGE, TOLEDO OHIO CLERK**

**WE WERE NOT TAKEN TO THE MARSHALLS**

## UNITED STATES DISTRICT COURT

for the

District of Columbia

## EXHIBIT D

3:23MJ5423 NDOH

**TWO DIFFERENT CASE NUMBERS**

United States of America

v.

DONALD CHILCOAT

)
)
)
)
)

Case No.   22-cr-00299-CKK All Defendants

*Defendant*

**FILED**

We were arrested at 6:30 Am.

**ARREST WARRANT**

12:28 pm Oct 11 2023

Clerk U.S. District Court
Northern District of Ohio
**Toledo**

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DONALD CHILCOAT

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ❏ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ☑ Order of the Court

This offense is briefly described as follows:
   See attached Order

**WE WERE ARRESTED AT APPROXIMATELY 6:30 AM.**

**PRINTED MISSPELLED NAME, THIS IS THE FAILURE TO APPEAR WARRANT TO HAD US EXTRADITED.  THIS WAS ISSUED WITHOUT PROOF OF SERVICE.**

Date:   09/08/2023

City and state:   WDC

*Issuing officer's signature*

Judge Colleen kollas-Kotelly

*Printed name and title*

Misspelled

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | *Arresting officer's signature* |
| | *Printed name and title* |

**I DO NOT HAVE ALL OF THE WARRANTS FOR BOTH OF US BUT I DO HAVE AT LEAST ONE OF OURS FOR EACH EVENT.  SHAWNDALE CHILCOATS WAS THE EXACT SAME ONLY THEY STAMPED IT BEFORE COURT THE FOLLOWING DAY ON THE 12TH.  IT WAS NOT STAMPED AT THE TIME OF ARRESTS**

AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT

FILED

**EXHIBIT E**    for the
District of Columbia

NO TIME AND DATE   AUG 12 2022

THIS IS A
PRELIMINARY
DOCUMENT

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OH
TOLEDO

United States of America
v.

SHAWNDALE CHILCOAT

)
)
)
)
)
)

Case: 1:22-mj-00179
Assigned To Magistrate Judge : Meriweather, Robin M.
Assign. Date : 8/10/2022
Description: Complaint w/ Arrest Warrant

*Defendant*

**ARRESTED ON THE
11TH NOT THE 12TH**

**ARREST WARRANT**

**DC JUDGE, TOLEDO CLERK**

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   SHAWNDALE CHILCOAT

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(B) - Entering and Remaining in the Gallery of Congress,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds,
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in any of the Capitol Buildings,
18 U.S.C. § 1512(c)(2) - Obstruction or Impeding Any Official Proceeding.

**QUESTIONABLE SEAL
VERY SMALL IS THIS
THE JUDGE THE
CLERK?**

Date:     08/10/2022

2022.08.10 18:15:08
-04'00'   **6:15:08 PM EDT**

*Issuing officer's signature*

City and state:     Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

**THE 11TH**

| Return |
|---|
| This warrant was received on *(date)* 8/10/22 , and the person was arrested on *(date)* 8/11/22 |
| at *(city and state)* Celina, OH |
| Date:   8/11/22 |

*Arresting officer's signature*

Chad Smith / Deputy U.S. Marshal
*Printed name and title*

**NO DOCKET NUMBER, THIS IS A PRELIMINARY DOCUMENT AND NOT SEARCH FOR ON THE COURT DOCKET, SO WHERE IS THE PROPERTY?**

AO 93 (Rev. 11/13) Search and Seizure Warrant

**NO DOCKET NUMBER**

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio ▼

*I hereby certify that this instrument is a true and Correct copy of the electronically filed original. Attest: Sandy Opacich, Clerk of Court United States District Court Northern District of Ohio By:*

*Deputy Clerk*

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| | ) Case No. **3:22MJ5255** |
| 3528 Bunker Hill Road, Celina, Ohio 45882, suspects' persons, suspects' vehicles, and any electronics located therein or thereon | ) ) ) |

## SEARCH AND SEIZURE WARRANT

**NO TIME AND DATE STAMP, THIS STAMP DOES NOT REPLACE THE TIME AND DATE STAMP**

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Northern _____ District of _____ Ohio _____ *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is incorporated herein.

**EXHIBIT: F**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before     August 23, 2022 _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Darrell A. Clay _____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for     days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____

**DAY BEFORE DC MAGISTRATE ISSUED WARRANT**

Date and time issued:     **August 9, 2022**

*Judge's signature*

City and state:     Toledo, Ohio

Darrell A. Clay, U.S. Magistrate Judge
*Printed name and title*

**NO DOCKET NUMBER, THIS IS A PRELIMINARY DOCUMENT AND NOT SEARCH FOR ON THE COURT DOCKET, SO WHERE IS THE PROPERTY?**

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

**NO DOCKET NUMBER**

for the

Northern District of Ohio ▼

I hereby certify that this instrument is a true and
Correct copy of the electronically filed original.
Attest: Sandy Opacich, Clerk of Court
United States District Court
Northern District of Ohio
By:
*Deputy Clerk*

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>3528 Bunker Hill Road, Celina, Ohio 45882, suspects'<br>persons, suspects' vehicles, and any electronics located<br>therein or thereon | )<br>)<br>)  Case No.  **3:22MJ5255**<br>)<br>)<br>) |

### SEARCH AND SEIZURE WARRANT

**NO TIME AND DATE STAMP, THIS STAMP DOES NOT REPLACE THE TIME AND DATE STAMP**

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Northern _____ District of _____ Ohio _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is incorporated herein.

# EXHIBIT: F-1

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before _____ August 23, 2022 _____ *(not to exceed 14 days)*
❑ in the daytime 6:00 a.m. to 10:00 p.m.     ❑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Darrell A. Clay _____
*(United States Magistrate Judge)*

❑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❑ for _____ days *(not to exceed 30)*   ❑ until, the facts justifying, the later specific date of _____

**DAY BEFORE DC MAGISTRATE ISSUED WARRANT**

Date and time issued:     **August 9, 2022** _____                     _____
                                                              *Judge's signature*

City and state:     Toledo, Ohio _____         Darrell A. Clay, U.S. Magistrate Judge _____
                                                              *Printed name and title*

**NO DOCKET FILING NUMBER THIS DOCUMENT IT IS PRELIMINARY AND CANNOT BE TRACED ON THE DOCKET, WHERE IS THE PROPERTY?**

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio ☑

I hereby certify that this instrument is a true and Correct copy of the electronically filed original.
Attest: Sandy Opacich, Clerk of Court
United States District Court
Northern District of Ohio
By:

*Deputy Clerk*

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
3528 Bunker Hill Road, Celina, Ohio 45822-8211, and any electronics )
previously seized pursuant to Federal Search Warrant 3:22MJ5255, for )
evidence of the possession or ownership of any firearms and/or ammunition )
by Donald Chilcoat )

Case No. 3:22MJ5262

**NO TIME AND DATE STAMP, THIS STAMP DOES NOT REPLACE THE TIME AND DATE STAMP**

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Northern___ District of ___Ohio___ *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is incorporated herein.

## EXHIBIT: F2

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before ___August 25, 2022___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Darrell A. Clay___ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ___

Date and time issued: ___August 11, 2022 / 3:13 p.m.___

___*Judge's signature*___

City and state: ___Toledo, Ohio___

___Darrell A. Clay, U.S. Magistrate Judge___
*Printed name and title*



MOHYSEJ MOLG230DOC Sep 11 08:17:58 2024
US 2000 HIP 24.1 LP2844 1030

T14-1093

P:10    S:BLUE    I:10

CIRCUT EXECUTIVES OFFICE
333 CONSTITUTION AVE NW
RM 4626
WASHINGTON DC 20001

1ZE362D024191 9066

---

uit Executive's Office

Prettyman U.S. Courthouse

onstitution Avenue NW

Room 4626

---

SHAWNDALE AND DONALD CHILCOAT
(567) 279-3661
THE UPS STORE #5493
1978 HAVEMANN RD
CELINA  OH 45822-9300

2 LBS        1 OF 1
SHP WT: 2 LBS
DWT: 15.12.3
DATE: 10 SEP 2024

SHIP    E BARRETT PRETTYMAN U.S. COURTHOUSE
TO:     CIRCUT EXECUTIVES OFFICE
        ROOM 4626
        333 CONSTITUTION AVE NW

WASHINGTON DC 20001

MD 201 9-83

UPS NEXT DAY AIR                    1
TRACKING #: 1Z E36 2D9 24 1191 9066

BILLING: P/P
SIGNATURE REQUIRED

REF #1: 9/10 MG

ISH 13.00F BIKOLON S 34.5U 09/202

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RXID 8 OF :