# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 24-3112                          September Term, 2024

1:22-cr-00299-CKK

Filed On: September 11, 2024

In re: Shawndale Chilcoat and Donald Chilcoat,

        Petitioners

**BEFORE:**    Millett, Pillard, and Pan, Circuit Judges

## O R D E R

Upon consideration of the emergency petition for a writ of prohibition, it is

**ORDERED** that the petition be denied in part and deferred in part. The petition is denied to the extent that petitioners request a stay of the district court hearing scheduled for September 12, 2024. Petitioners have not demonstrated that they are entitled to the "extraordinary remedy" of a writ of prohibition as to this request for relief. In re Flynn, 973 F.3d 74, 78 (D.C. Cir. 2020) (quotation omitted); In re al-Nashiri, 791 F.3d 71, 75 n.3 (D.C. Cir. 2015) (noting that the grounds for issuing writs of mandamus and prohibition are "virtually identical"). Consideration of the remainder of the petition is deferred pending further order of the court.

**Per Curiam**

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                         BY:     /s/
                                   Laura M. Morgan
                                   Deputy Clerk